Jamie P. Clare – NJ Atty. ID # 057961993
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey  07602-0800
201-489-3000
201-489-1536  Facsimile
*Attorneys for Defendant Udemy, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOHAMED SALEH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UDEMY, INC.,<br><br>Defendant. | CIVIL ACTION NO. 23-cv-23-cv-02207<br><br>Civil Action<br><br>**DEFENDANT UDEMY, INC.'S NOTICE OF CLAIM OF UNCONSTITUTIONALITY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 5.1 AND LOCAL CIV. R. 24.1** |

Pursuant to Federal Rule of Civil Procedure 5.1(a) and Local Civil Rule 24.1, Defendant Udemy, Inc. ("Udemy") hereby gives notice that, in the above-captioned case, its Answer and Affirmative Defenses draw into question the constitutionality of the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710, on its face and as applied. Specifically, Udemy's affirmative defenses raise the question of whether the VPPA is unconstitutional because it violates the First Amendment to the United States Constitution:

*[REMINDER INTENTIONALLY LEFT BLANK]*

Respectfully submitted

DATED:  May 24, 2023                    **COLE SCHOTZ P.C.**


By:  */s/ Jamie P. Clare*_____
     Jamie P. Clare, Esq.
     Court Plaza North
     25 Main Street
     P.O. Box 800
     Hackensack, New Jersey 07602-0800
     jclare@coleschotz.com
     201-489-3000
     201-489-1536 Facsimile
     *Attorneys for Defendant Udemy, Inc.*


Of Counsel:

**BRANN & ISAACSON**
David W. Bertoni, Esq. *Pro hac vice*
David Swetnam-Burland, Esq. *Pro hac vice*
Eamonn R.C. Hart, Esq. *Pro hac vice*
113 Lisbon Street, P.O. Box 3070
Lewiston, Maine 04243-3070
dbertoni@brannlaw.com
dsb@brannlaw.com
ehart@brannlaw.com
207-786-3566
207-783-9325 Facsimile
*Attorneys for Defendant Udemy, Inc.*

## CERTIFICATE OF SERVICE

I, Eamonn Hart, hereby certify that on May 24, 2023 I caused to be mailed, by certified mail, a true copy of the following documents:

1. Defendant Udemy, Inc.'s Notice of Claim of Unconstitutionality Pursuant to Federal Rule of Civil Procedure 5.1 and Local Civ. R. 24.1

2. Defendant Udemy, Inc.'s Answer and Affirmative Defenses

on the parties listed below by certified mail:

> Merrick Garland
> U.S. Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Ave NW
> Washington, DC 90530-0001
>
> Philip R. Selinger
> U.S. Attorney for the District of New Jersey
> 970 Broad St, 7th Floor
> Newark, NJ 07102

Dated: May 24, 2023                    By: */s/ Eamonn Hart*