UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MOHAMED SALEH**<br>*individually and on behalf of*<br>*all others similarly situated,*<br><br>    **Plaintiff,**<br><br>    v.<br><br>**UDEMY, INC.,**<br><br>    **Defendant.** | Civil Action No. 23-2207 (JXN)(JSA)<br><br><br><br>**ORDER** |

**THIS MATTER** having come before the Court for a Zoom Case Management Conference on July 13, 2023, wherein the Court addressed Defendant's letter of June 29, 2023, (ECF No. 22), seeking leave to file a Motion to Compel Arbitration and to defer the Initial Scheduling Conference pending the outcome of its proposed Motion to Compel and Plaintiff's opposition to same; and the Court having carefully considered the parties' respective positions and the arguments of counsel; and for good cause shown;

IT IS on this 13th day of July 2023,

ORDERED THAT:

1. Defendant's request to file a Motion to Compel Arbitration is **GRANTED**. Defendant shall file and serve the moving papers on or before **August 30, 2023**. Plaintiff shall file and serve opposition papers on or before **September 28, 2023**. Defendant shall file and serve reply papers, if any, on or before **October 12, 2023**.

2. Defendant's request to defer the Initial Scheduling Conference pending the outcome of its Motion is **GRANTED**, pursuant to Local Civil Rule 16.1. However, on or before **July 27, 2023**, the parties are directed to exchange Fed. R. Civ. P. 26 Initial disclosures and any information related to the arbitration issue.

*/s/ Jessica S. Allen*
Hon. Jessica S. Allen, U.S.M.J.

cc:    Hon. Julien Xavier Neals, U.S.D.J.