BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Director, Federal Programs Branch

LESLIE COOPER VIGEN
Senior Trial Counsel (D.C. Bar # 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0727
Email: Leslie.Vigen@usdoj.gov

*Counsel for United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOHAMED SALEH, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>UDEMY, INC.<br><br>       Defendant. | Civil Action No. 23-cv-2207<br>District Judge Julien X. Neals<br>Magistrate Judge Jessica S. Allen |

# DESIGNATION OF AGENT FOR SERVICE
# UNDER LOCAL CIVIL RULE 101.1(f)

In accordance with Local Civil Rule 101.1(f), the undersigned hereby makes the following designation for the receipt of service of all notices or papers in this action at the following address:

United States Attorney's Office
District of New Jersey
Attention: Heather Carney Costanzo
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, NJ 08608

Dated: July 19, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Senior Trial Counsel (D.C. Bar # 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0727
Email: Leslie.Vigen@usdoj.gov

*Counsel for United States*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/ Leslie Cooper Vigen*
United States Department of Justice
