

NICHOLAS LINKER, ESQ. (PA, NJ)
660 BROADWAY
PATERSON, NEW JERSEY 07514
PHONE:   (862) 227-3106
FAX:       (862) 204-5901
NL@ZEMELLAWLLC.COM

September 22, 2023

**VIA email:**

Honorable Jessica S. Allen
United States Magistrate Judge
U.S. District Court

  *RE:* **Saleh v. Udemy, Inc.**
    Case Number:  2:23-cv-2207

Dear Judge Allen:

  I represent Plaintiff Mohamed Saleh in this matter. Plaintiff, with the consent of Defendant, hereby respectfully request the Court grant a mutually agreed upon extension of the deadlines regarding Defendant's Motion to Compel Arbitration as set forth in the Court's July 13, 2023 order. [ECF 26]. Specifically, Plaintiff, with Defendant's consent, seeks an additional thirty (30) days to respond to the motion, with a reciprocal extension for Defendant's reply, making Plaintiff's response date October 27, 2023 and Defendant's reply date November 17, 2023.

  While Plaintiff has been diligently working on a response, counsel requires additional time to adequately respond due to concurrent deadlines in other cases and religious holidays. Specifically, counsel had an appellate brief due in the Seventh Circuit on September 5, 2023, which was previously extended; summary judgment motion due in the Central District of California on September 5, 2023, a three-day arbitration hearing in Texas from September 13-15, 2023, which required extensive preparation; and numerous Jewish holidays over the last half of September. Further, counsel has another appellate brief in the Third Circuit is due on October 6, 2023, which was also previously extended, and an in-person pre-trial conference scheduled for October 12, 2023.

  For these reasons, Plaintiff requests an extension with the consent of the Defendant. Plaintiff's new response date would be October 27, 2023 and Defendant's new reply date would be November 17, 2023. Thank you for your attention to this matter. A consent order to this effect is attached hereto.

            Respectfully submitted,

            /s/ Nicholas Linker

Nicholas Linker, Esq.
Zemel Law LLC