Jamie P. Clare – NJ Atty. ID # 057961993
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey  07602-0800
201-489-3000
201-489-1536  Facsimile
*Attorneys for Defendant Udemy, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOHAMED SALEH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UDEMY, INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:23-cv-02207<br><br><u>Civil Action</u><br><br>**David Swetnam-Burland Reply Declaration** |

Pursuant to 28 U.S.C. § 1746, I, David Swetnam-Burland, declare and state as follows:

1.   I am over the age of 18 and submit this reply declaration in support of Udemy, Inc.'s (Udemy's) motion to compel arbitration.

2.   I am co-counsel for Udemy in this action, and have knowledge of the facts set forth in this declaration.

3.   Attached as Exhibit A is a true and correct copy of ECF 12–1, Declaration of Jay Goettelmann in Support of J. Crew Group, LLC's Motion to Dismiss (Goettelmann Declaration), filed in *Babaeva v. J. Crew Group, LLC*, Case No. 4:23-cv-01695-JSW (N.D. Cal.), on May 17, 2023, which I downloaded from the public docket using the court's CM/ECF electronic filing system on November 9, 2023.

4. Attached as Exhibit B is a true and correct copy of that court's Order Granting Motion to Dismiss, Compelling Arbitration, and Staying Case, *Babaeva v. J. Crew Group, LLC*, 2023 WL 7346079 (N.D. Cal. Nov. 6, 2023) as published by Westlaw. In that order, the court cites the Goettelmann Declaration at pages *1 and *2.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 16, 2023

David Swetnam-Burland