Jamie P. Clare – NJ Atty. ID # 057961993
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey  07602-0800
201-489-3000
201-489-1536  Facsimile
*Attorneys for Defendant Udemy, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOHAMED SALEH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UDEMY, INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:23-cv-02207<br><br>Civil Action<br><br>**Erin Sink Reply Declaration** |

Pursuant to 28 U.S.C. § 1746, I, Erin Sink, declare and state as follows:

1. I am over the age of 18 and submit this reply declaration in support of Udemy, Inc.'s (Udemy's) motion to compel arbitration.

2. I am Vice President, GCO at Udemy, a position I have held since 2019. Through my position at Udemy, I have knowledge of the facts set forth in this declaration.

3. Attached as Exhibit A is a true and correct screenshot of the Udemy sign-up screen as it looked when viewed using the Mozilla Firefox browser on November 9, 2023. The Udemy sign-up screen would have looked materially the same to a visitor to the website in October 2022.

4.      Attached as Exhibit B is a true and correct screenshot of the Udemy checkout screen as it looked when viewed using the Mozilla Firefox browser on November 9, 2023. The Udemy checkout screen would have looked materially the same to a visitor to the website in October 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 15, 2023

_____
Erin Sink