# **EXHIBIT A**





EXHIBIT A